# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2184
_____

SYLVESTER HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.

June 12, 2024

PER CURIAM.

We affirm Appellant's judgment and sentence. Based on our review of the record pursuant to *Anders*,[*] we note that the probation revocation order does not correctly indicate that Appellant violated Conditions 1, 2, 3, and 14 of his probation.

AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

[*] *Anders v. California*, 386 U.S. 738 (1967).

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Lori A Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.